UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LOGIN COOK and<br>NATHAN MCNULTY,<br><br>Defendants. | CR 22-50076<br><br>REDACTED INDICTMENT<br><br>Possession of a Stolen Firearm<br>(18 U.S.C. §§ 922(j) and 924(a)(2))<br><br>Forfeiture |

The Grand Jury charges:

COUNT I

On or about between December 9, 2021, and December 15, 2021, in the District of South Dakota, the defendant, Login Cook, knowingly possessed a stolen firearm, that is, a Glock, model 43X, 9x19mm Luger caliber, semi-automatic pistol, bearing serial number BLDC074, which had been previously shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen, all in violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

COUNT II

On or about between October 28, 2021, and December 23, 2021, in the District of South Dakota, the defendant, Nathan McNulty, knowingly possessed a stolen firearm, that is, a Stag-15, 5.56mm, semi-automatic rifle, bearing serial number S064147, which had been previously shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen, all in violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

## FORFEITURE ALLEGATION

1. The allegations contained in the Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense in violation of 18 U.S.C. §§ 922(j) and 924(a)(2), the defendants, Login Cook and Nathan McNulty, shall forfeit to the United States any firearms and ammunition involved in the commission of the offense, including, but not limited to:

   a. a Glock, model 43X, 9x19mm Luger caliber, semi-automatic pistol, bearing serial number BLDC074;

   b. a Stag Arms, model Stag-15, 5.56x45mm NATO caliber, semi-automatic rifle, bearing serial number S064147; and

   c. ammunition for the firearms above,

all pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL

**Name Redacted**

_____
Foreperson

DENNIS R. HOLMES
United States Attorney

By _____